# Tex. Civ. Prac. & Rem. Code § 171.098
This document is current through the 2013 3rd Called Session

*Texas Statutes and Codes* > *CIVIL PRACTICE AND REMEDIES CODE* > *TITLE 7. ALTERNATE METHODS OF DISPUTE RESOLUTION* > *CHAPTER 171. GENERAL ARBITRATION* > *SUBCHAPTER D. COURT PROCEEDINGS*

## § *171.098*. Appeal

(a)  A party may appeal a judgment or decree entered under this chapter or an order:

   (1)  denying an application to compel arbitration made under Section 171.021;

   (2)  granting an application to stay arbitration made under Section 171.023;

   (3)  confirming or denying confirmation of an award;

   (4)  modifying or correcting an award; or

   (5)  vacating an award without directing a rehearing.

(b)  The appeal shall be taken in the manner and to the same extent as an appeal from an order or judgment in a civil action.

## History

Enacted by *Acts 1997, 75th Leg., ch. 165 (S.B. 898)*, § 5.01, effective September 1, 1997.

**Annotations**

## Notes

**Editor's Notes. --**

  For information regarding the reorganization of former Chapter 171, see the editor's notes following *Tex. Civ. Prac. & Rem. Code § 171.001*.

## Case Notes

Civil Procedure: Jurisdiction: Subject Matter Jurisdiction: Jurisdiction Over Actions: General Overview
Civil Procedure: Federal & State Interrelationships: Erie Doctrine
Civil Procedure: Discovery: Protective Orders
Civil Procedure: Alternative Dispute Resolution: General Overview
Civil Procedure: Alternative Dispute Resolution: Arbitrations: General Overview
Civil Procedure: Alternative Dispute Resolution: Arbitrations: Arbitrability
Civil Procedure: Alternative Dispute Resolution: Arbitrations: Federal Arbitration Act: General Overview
Civil Procedure: Alternative Dispute Resolution: Arbitrations: Federal Arbitration Act: Arbitration Agreements
Civil Procedure: Alternative Dispute Resolution: Arbitrations: Federal Arbitration Act: Coverage & Exceptions
Civil Procedure: Alternative Dispute Resolution: Arbitrations: Federal Arbitration Act: Orders to Compel Arbitration
Civil Procedure: Alternative Dispute Resolution: Arbitrations: Waivers
Civil Procedure: Alternative Dispute Resolution: Judicial Review
Civil Procedure: Alternative Dispute Resolution: Mandatory ADR
Civil Procedure: Alternative Dispute Resolution: Validity of ADR Methods

MATT SOLIDAY